954

No. 00–9496. GALES v. LUGI. C. A. 4th Cir. Certiorari denied.

No. 00–9628. BENSINGER v. BROWN ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–9635. MORALES ET AL. v. PRESIDENT JUDGE, COMMON PLEAS COURT OF PHILADELPHIA COUNTY, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 00–9636. KUPLEN v. HAMDEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–9638. PEOPLES v. MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 00–9639. BELL v. HICKMAN, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 00–9649. PELLOT v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–9650. AZEEZ v. HUN, WEST VIRGINIA COMMISSIONER OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–9652. KUHN v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 00–9653. JONES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9654. SHAU CHAN v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–9656. ANDERSON v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 00–9657. DAVIS v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 00–9660. DOWELL v. HONEST. C. A. 9th Cir. Certiorari denied.